UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDIN WINSLOWET-ALPS,<br><br>                      Plaintiff,<br><br>                -against-<br><br>ESTATE ELISE W. HARRIS; STEVEN KANDEL FIDUCIARY; ANNE AMMAN-VARGUS; UNITED STATES DISTRICT JUDGE; MARTIN B. BURKE,<br><br>                      Defendants. | 20-CV-5358 (LLS)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued August 13, 2020, dismissing the complaint,

       IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 13, 2020
           New York, New York

                                                                   Louis L. Stanton
                                                                     U.S.D.J.