UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDIN WINSLOWET-ALPS,

                Plaintiff,

        -against-

ESTATE ELISE W. HARRIS, ET AL.,

                Defendants.

20-CV-5358 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    Plaintiff filed this action *pro se*, seeking immediate disbursement of funds from a trust established for him in his mother's will. He paid the filing fee for this action. By order and judgment entered August 13, 2020, the Court dismissed the complaint for lack of subject matter jurisdiction. Plaintiff filed a notice of appeal on September 15, 2020, and on October 1, 2020, he moved for an extension of time to appeal the order of dismissal. (ECF 8.)

    Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires a notice of appeal in a civil case to be filed within thirty days of entry of judgment. *See* Fed. R. App. P. 4(a)(1)(A). The district court may extend the time to file a notice of appeal, however, if the motion is filed within thirty days of expiration of the deadline for filing a notice of appeal, and if the moving party shows excusable neglect or good cause for untimely filing. *See* Fed. R. App. P. 4(a)(5)(A).

    Plaintiff appears to indicate in his motion that he had issues with the mail. Accordingly, the Court grants Plaintiff's motion for an extension of time to appeal. (ECF No. 8). The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    SO ORDERED.

Dated:   October 2, 2020
            New York, New York

                                        *Louis L. Stanton*
                                         Louis L. Stanton
                                             U.S.D.J.